## Commonwealth v. Sullivan, Appellant.

Argued November 12, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Simon B. John,* Assistant Public Defender, with him *Thomas P. Ruane, Jr.,* Public Defender, for appellant.

*Gerald R. Solomon,* Assistant District Attorney, and *Joseph E. Kovach,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, December 20, 1971:
Allocatur was improvidently granted, and the appeal is dismissed.

Mr. Chief Justice BELL and Mr. Justice BARBIERI took no part in the consideration or decision of this case.